**Opinion issued September 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00635-CV

_____

## IN RE RAMESH KAPUR, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ramesh Kapur, has filed a petition for writ of mandamus challenging the trial court's jurisdiction to issue a judgment in the underlying bill of review action.[1] We deny the petition.

---

[1]  The underlying case is *Fondren Southwest Tempos Association, Inc. v. Ramesh Kapur d/b/a AIC Management, Inc.*, cause number 2010-13051 in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.